EDMUND ZALUSKY, Appellant, v. AMERICAN STEAMSHIP TEXAS TRADER, Defendant, Impleaded with THE NEWTEX STEAMSHIP CORPORATION, Respondent.

— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.